IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM D. RANDOLPH                                                PLAINTIFF

        v.        Civil No. 13-5097

MAJOR RANDALL DENZER; JOHN DOE,
Jail Lieutenant; CORPORAL
THOMAS MULVANEY; SERGEANT
MUGGY; SERGEANT KATHERINE
STANTON                                                            DEFENDANTS

## O R D E R

Now on this 31st day of October, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #22), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE